

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

MAR 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
        DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 01 163-GEB |
| v. | ) | |
| Barr Breckenridge | ) | RELEASE ORDER NO. _____ |
| Defendant. | ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Barr Breckenridge**, Case No. **01-163**,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__✓__ (Other) Release to Probation Officer
              Glen Snow

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at **Sacramento CA** on **3-17-06**,

19 ____ at _____ a.m./p.m.

By _____
United States District Judge or
~~United States Magistrate~~

Copy 2 - Pre Trial Services