# United States District Court

### Eastern District of California



FILED

MAR 23 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
**BARR BRECKENRIDGE**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:01CR00163-01**

Jeff Staniels
Defendant's Attorney

## THE DEFENDANT:

[ ] admitted guilt to violation of charge(s) ___ as alleged in the violation petition filed on ___.
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

The Petition is Dismissed.

The court: [ ] revokes: [x] modifies and continues under same conditions of supervision heretofore ordered on 5/10/02 including the new condition that the offender shall reside at and participate in a residential treatment program, Cache Creek Lodge, for a period of 120 days as directed by the probation officer at the releasee's expense.

The defendant is sentenced as provided in pages 2 through _1_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

3/17/06
Date of Imposition of Sentence

Signature of Judicial Officer

Garland E. Burrell, Jr., U.S. District Judge
Name & Title of Judicial Officer

3-22-06
Date